UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SKI CHALET VILLAGE OWNERS CLUB, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EMPLOYERS MUTUAL CASUALTY COMPANY, )<br>)<br>Defendant. ) | No.: 3:16-CV-20-TAV-HBG |

## **ORDER**

For the reasons stated in the memorandum opinion entered contemporaneously herewith, the Court **GRANTS** defendant's Motion to Dismiss [Doc. 8]. Accordingly, the Clerk is directed to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ Debra C. Poplin
   CLERK OF COURT